UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALBERT K. KWAN,

    Plaintiff,

    v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.

Case No. C03-2626FDB

ORDER GRANTING WITHDRAWAL OF COUNSEL

    Plaintiff's counsel filed a motion to withdraw in this court, as well as a notice of appeal. The Court directed Plaintiff to advise this court of whether he intended to proceed pro se or with new counsel. Plaintiff's new counsel – Joseph R. Conte, 400 7th St. NW Ste 400, Washington, D.C. 20004 – has now telephonically advised the Court that he will be representing Plaintiff on appeal.

    NOW, THEREFORE, IT IS ORDERED: Counsel's motion to withdraw [Dkt. # 29] is GRANTED, and Eric R. Stahlfeld may withdraw as counsel for Plaintiff Kwan.

    DATED this 21st day of November, 2005.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1